**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **LISA ROBERTS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case number 4:08cv1801 TCM** |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This case is before the Court on the application of Lisa Roberts ("Plaintiff") for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In her application, Plaintiff requests that $3,126.21 be awarded in attorney's fees and that the check be made payable to "Gateway Legal Services, Inc." The requested amount represents 14.9 hours spent by her attorney multiplied by an hourly rate of $173.37; 3.2 hours spent by a paralegal multiplied by an hourly rate of $100.00; .8 hours spent by case administrators multiplied by an hourly rate of $60.00; and 5.0 hours spent by an intern multiplied by an hourly rate of $35.00. The Commissioner does not oppose the requested award, the amount thereof, or the designation of Gateway Legal Services, Inc., as payee. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorney's Fee is **GRANTED** in the amount of $3,126.21, payable to Gateway Legal Services, Inc. [Doc. 30]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this <u>14th</u> day of December, 2009.